The People ex rel. David L. Follett and Alton B. Parker, Respondents, *v.* Ashbel P. Fitch, Comptroller, Appellant.

(New York Superior Court — General Term, February, 1895.)

The provision of the Consolidation Act, as amended by chapter 104, Laws of 1893, in relation to extra compensation to be given to justices of the Supreme Court of districts other than the first judicial district who shall be designated to sit at General Term in the first department, or assigned to hold any other court in the first district, does not violate the provisions of the State Constitution forbidding an increase of salary to certain judicial officers.

Appeal from order granting a writ of mandamus.

*William H. Clark*, for appellant.

*Root & Clark*, for respondents.

*Per Curiam.* The legislative enactments relied upon by the relators do not offend the provisions of the State Constitution forbidding an increase of salary to certain judicial officers. Consol. Act, 1882, § 1109, as amended by Laws 1893, chap. 104; Const. art. 6, § 12. The compensation allowed

33

by these legislative acts is by express language limited to "expenses and disbursements" incurred by such officers while acting in the district to which they have been transferred, and they were in force when the present Constitution became operative.

The order appealed from was properly made and must be affirmed, with costs.

Present: SEDGWICK, Ch. J., McADAM and BEEKMAN, JJ.
Order affirmed, with costs.